UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:  14-cv-03022-SER

_____

| | |
|---|---|
| Kevin Cassidy and Alex Johnson, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Active Sports, Inc. d/b/a The House,<br><br>Defendant. | **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES** |

_____

Plaintiffs Kevin Cassidy and Alex Johnson, on behalf of themselves and all others similarly situated, by and through their attorney of record, pursuant to Federal Rule of Civil Procedure 23, respectfully moves this Court for an Order granting preliminary approval of a class action settlement of all claims, in accordance with the terms set forth more fully in the Stipulation of Settlement.

Dated this 29th day of September 2015.                    Respectfully Submitted,

By: s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
*ATTORNEY FOR PLAINTIFFS KEVIN CASSIDY AND ALEX JOHNSON*
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:(651) 704-0907
tommycjc@aol.com

1