## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.:  14-cv-03022-SER

_____

Kevin Cassidy and Alex Johnson, on behalf of themselves and all others similarly situated,

              Plaintiffs,

v.

Active Sports, Inc. d/b/a The House,

              Defendant.

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

_____

Plaintiffs Kevin Cassidy and Alex Johnson, on behalf of themselves and all others similarly situated, by and through their attorney of record, and pursuant to Federal Rule of Civil Procedure 23, respectfully moves this Court for an Order granting final approval of a class action settlement of all claims, and entry of a final judgment, in accordance with the terms set forth more fully in the Stipulation of Settlement (*ECF No. 45*).

Dated this 16th day of March, 2016.

Respectfully Submitted,

By: s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
*ATTORNEY FOR PLAINTIFFS KEVIN CASSIDY AND ALEX JOHNSON*
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:(651) 704-0907

2

tommycjc@aol.com