UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 14-cv-03022-SER

| | |
|---|---|
| Kevin Cassidy and Alex Johnson, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>Active Sports, Inc. d/b/a The House,<br><br>　　　　　　　　Defendant. | **PLAINTIFFS' MOTION FOR ATTORNEY'S FEES & COSTS** |

Plaintiffs hereby move the Court for an award for attorney's fees and costs in connection with the above-entitled class action.  Plaintiffs' Memorandum and Declaration along with evidence in support of Plaintiffs' Motion shall be filed contemporaneously herewith.

Dated this 16th day of March, 2016.

　　　　　　　　　　　　　　　　　　By: s/Thomas J. Lyons Jr._____
　　　　　　　　　　　　　　　　　　Thomas J. Lyons, Jr., Esq.
　　　　　　　　　　　　　　　　　　Attorney I.D. #249646
　　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFFS KEVIN CASSIDY AND ALEX JOHNSON AND THE CLASS*
　　　　　　　　　　　　　　　　　　CONSUMER JUSTICE CENTER, P.A.
　　　　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　　　　Vadnais Heights, MN 55127
　　　　　　　　　　　　　　　　　　Telephone:  (651) 770-9707
　　　　　　　　　　　　　　　　　　Facsimile:(651) 704-0907
　　　　　　　　　　　　　　　　　　tommycjc@aol.com